IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKEY TERRELL GIVENS
ADC # 143148                                                        PLAINTIFF

v.                         No. 5:17-cv-297-DPM

ARKANSAS DEPARTMENT
OF CORRECTION; ARKANSAS
COMMUNITY CORRECTIONS,
(ACC) Re-entry Team; ARKANSAS
PAROLE BOARD; BAKER, Lieutenant,
Grimes Unit; and MORRIS, WILKERSON,
and MCCOULGH, Sergeants, Grimes Unit                                DEFENDANTS

## ORDER

Unopposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Givens's amended complaint will be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2018