IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKEY TERRELL GIVENS
ADC # 143148                                                              PLAINTIFF

v.                          No. 5:17-cv-297-DPM

ARKANSAS DEPARTMENT
OF CORRECTION; ARKANSAS
COMMUNITY CORRECTIONS,
(ACC) Re-entry Team; ARKANSAS
PAROLE BOARD; BAKER, Lieutenant,
Grimes Unit; and MORRIS, WILKERSON,
and MCCOULGH, Sergeants, Grimes Unit          DEFENDANTS

## JUDGMENT

The amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 March 2018